1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JIN S. CHOI, State Bar No. 180270
   jchoi@lbaclaw.com
3  ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
   azuiderweg@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
5  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
6  Facsimile No. (818) 545-1937

7  Attorneys for Defendants
   COUNTY OF LOS ANGELES and
8  BERNICE ABRAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAGGERTY,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES; BERNICE ABRAM, individually and in her official capacity; DION GRIMM; DON TAYLOR; CHARLES EDWARD DAVIS; RICHARD EARL JENNINGS; KENNETH DAJUAN MITCHELL; CHAUNTAY SHAREE ROUZAN; STEVEN CARR; KIISEN JORDAN; HASAAN ALI SIMON; LAKEISHA ANDREWS; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. CV 12-4562 -DMG (SSx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES AND BERNICE ABRAM** |

///

The Court having entered an Order granting summary judgment as to all federal claims and the intentional infliction of emotional distress claim brought against Defendants County of Los Angeles and Bernice Abram [Doc. # 62], and having further entered an order dismissing without prejudice Plaintiff's state law claim pursuant to California's Fair Employment Housing Act (Cal. Gov't Code § 12940 *et seq.*) [Doc. # 66], and having further entered an order dismissing this action as to all other defendants for lack of prosecution [Doc. # 70]:

IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendants County of Los Angeles and Bernice Abram, and against Plaintiff Michael Haggerty as to the federal claims and the intentional infliction of emotional distress claim. Defendants County of Los Angeles and Bernice Abram shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.

**IT IS SO ORDERED**.

DATED: January 3, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2